**THE MCDANIEL LAW FIRM, PC**
54  Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff  Baseprotect UG, Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT UG, LTD., a German Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOES 1-X (such persons being presently unknown),<br><br>    Defendants. | Civ. Action. No.<br><br><br>**COMPLAINT** |

Plaintiff Baseprotect UG, Ltd. ("Baseprotect"), by and through its undersigned attorneys, respectfully submits its Complaint and allege against Defendants, John Does 1-X, as follows:

### SUMMARY OF ACTION

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States.  17 U.S.C. § 101 *et seq.*  The defendants in this matter are persons who participated, both as uploaders and downloaders, in the unlawful distribution of a copyrighted work on the internet using a torrent protocol.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. 1331 (federal question); and 28 U.S.C. 1338(a) (copyright).

1

3.      On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, illegally disseminated the motion picture "Caicho" in every jurisdiction in the United States, including this one.   In addition, each Defendant contracted with Comcast, found within this District, to be its ISP to provide each Defendant with Internet access that allowed Defendants' infringing activities.

4.      Venue in this jurisdiction is proper.   <u>See</u> 28 U.S.C. §§ 1391 (b), 1400 (a). Although the true identity of each Defendant is unknown to Baseprotect at this time, upon information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.   Moreover, the ISP that provided service, directly or through subsidiaries, may be found within this district.

<b>PARTIES</b>

5.      Plaintiff Baseprotect UG, Ltd. is a German limited company with its principal place of business at Friedrich-Engles-Str.5, 67655 Kaiserslautern, Germany.   Baseprotect is in the business of assisting the holders of valid copyrights to protect against infringement through unlawful copying on the internet.

6.      Baseprotect is the exclusive licensee from Magic Hour Spoilka z o.o. of the right to distribute the motion picture Caicho via filesharing networks.   As such, Baseprotect holds an exclusive right subject to protection from infringement under applicable law.

7.       The true names and capacities of Defendants are unknown to Baseprotect at this time.   Each Defendant is known to Baseprotect only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendants' infringing activity.   A true and accurate copy of information related to these infringing acts is attached

2

hereto as **Exhibit A**. Baseprotect believes that information obtained in discovery will lead to the identification of each Defendant's true name.

8.      Although Baseprotect does not know the true names of Defendants, joinder is warranted and appropriate in the instant case. Each Defendant committed copyright infringement by downloading and distributing the copyrighted motion picture "Caicho," owned by Baseprotect through the same P2P torrent network and all through Comcast as Defendants' ISP. Accordingly, Baseprotect's right to relief arises out of the same series of transactions or occurrences and questions of law or fact exist that are common to all Defendants.

### THE ILLEGAL COPYING

9.      The copyrighted motion picture "Caicho" was transferred in violation of the exclusive rights of plaintiff among Peer-to-Peer (P2P) network users by a "Bit Torrent protocol," or "torrent." The torrent permits internet users, regardless of limited uploading and downloading capabilities on their computers, to participate in transferring large amounts of data across the P2P network.

10.      In a torrent, the initial file provider intentionally chooses to share a file with the torrent and this initial file is called a "seed." Other users on the P2P network, known as "peers," connect to the seed file in order to download the work to their own computers.

11.      In traditional P2P networks, a user needed to download the entire file from only one other user and that user had to make the entire file available for downloading. The torrent technology, however, provides each downloading user to receive pieces of a file from multiple users that together comprise the whole, while at the same time provides that the downloading user simultaneously becomes an uploader as well.

12.     This piecemeal downloading system is referred to as a "swarm," which leads to viral spreading of the file throughout users.  Every user who downloads the file also disseminates the file to others.  Each user is simultaneously both a copier and a distributor within the torrent swarm.

13.     Thus, each of the infringers was involved in a concerted action to distribute the work, simultaneously downloading and distributing illegal copyrights of Baseprotect's motion picture from many ISPs in numerous jurisdictions around the country.

## COUNT I
## COPYRIGHT INFRINGEMENT

14.     Baseprotect incorporates each and every allegation contained in paragraphs 1- 13 in their entirety as if set forth at length herein.

15.     Baseprotect is, and at all relevant times has been, licensee of exclusive rights under United States copyright law with respect to P2P file-sharing of the motion picture "Caicho."  This motion picture is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to Baseprotect.  A true and accurate copy of the Certificate of Copyright Registration is attached hereto as **Exhibit B**.  A true and accurate copy of the License Agreement between Baseprotect and Magic Hour is attached hereto as **Exhibit C**.

16.     Under the Copyright Act and pursuant to a valid license agreement, Baseprotect has the exclusive copyrights in the motion picture "Caicho" with respect to file-sharing in P2P torrent networks.

17.     Upon information and belief, each Defendant, without the permission or consent of Baseprotect, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public the motion picture "Caicho."  Exhibit A identifies on a Defendant-by-Defendant basis the IP address with the date and time of capture of the motion

4

picture "Caicho," without the permission or consent of Baseprotect, downloaded and/or distributed to the public.  Through his or her continuous and ongoing acts of downloading and/or distributing to the public of the motion picture "Caicho," each Defendant has violated Baseprotect's exclusive rights of in the motion picture "Caicho" with respect to file-sharing in P2P torrent networks.  Each Defendant's actions constitute infringement of Baseprotect's exclusive rights.

18. Upon information and belief, the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Baseprotect.

19. As a result of each Defendant's infringement of Baseprotect's exclusive rights, Baseprotect is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of the motion picture "Caicho."  Baseprotect is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

20. The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Baseprotect irreparable injury for which injunctive relief is afforded under 17 U.S.C. §§ 502 and 503.  Accordingly, Baseprotect is entitled to injunctive relief prohibiting each Defendant from further infringing Baseprotect's copyrights, and ordering that each Defendant destroy all copies of the motion picture "Caicho" obtained in violation of Baseprotect's exclusive rights.

**WHEREFORE**, Baseprotect demands judgment against each Defendant as follows:

1. For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Baseprotect's rights under federal or state law in the motion picture "Caicho," whether now in existence or later created, that is owned or controlled by Baseprotect (or any parent, subsidiary, or affiliate of

Baseprotect), including without limitation by using the Internet or any online media distribution system to reproduce (i.e. download) the motion picture "Caicho" or to distribute (i.e. upload) the motion picture "Caicho," except pursuant to a lawful license or with the express authority of Baseprotect.  Defendant shall destroy all copies of the motion picture "Caicho" that Defendant has downloaded onto any computer hard drive or server without Baseprotect's authorization and shall destroy all copies of those downloaded onto any physical medium or device in Defendant's possession, custody, or control."

2.      For statutory damages for each infringement of the motion picture "Caicho" pursuant to 17 U.S.C. § 504.

3.      For Baseprotect's costs in this action.

4.      For Baseprotect's reasonable attorneys' fees incurred herein.

5.      For such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Attorneys for Plaintiff Baseprotect demand trial by jury as to all issues so triable.

DATED:  December 28, 2010          THE MCDANIEL LAW FIRM, P.C.

By:  _____
          Jay R. McDaniel, Esq.
          *Attorneys for Plaintiff Baseprotect UG, Ltd.*

## LOCAL RULE 11.2 CERTIFICATION

I certify that to the best of my knowledge, the matter in controversy is not the subject of

any other action pending in any court, or of any pending arbitration or administrative proceeding.

DATED:  December 28, 2010          THE MCDANIEL LAW FIRM, P.C.

By:  _____
          Jay R. McDaniel, Esq.
          *Attorneys for Plaintiff Baseprotect UG, Ltd.*

# EXHIBIT A

BaseProtect UG, Ltd.

| Number | Service Provider | IP Address | Date | Time |
|---|---|---|---|---|
| 1 | Comcast Cable Communications Holdings, Inc | 66.176.176.255 | 07.05.2010 | 17:23:36 |
| 2 | Comcast Cable Communications, IP Services | 67.171.199.251 | 07.05.2010 | 11:21:16 |
| 3 | Comcast Cable Communications, Inc. | 67.190.184.225 | 07.05.2010 | 09:58:18 |
| 4 | Comcast Cable Communications, Inc. | 98.212.188.231 | 07.05.2010 | 08:42:47 |
| 5 | Comcast Cable Communications, Inc. | 98.226.178.108 | 07.05.2010 | 10:53:41 |
| 6 | Comcast Cable Communications | 24.13.67.169 | 07.05.2010 | 08:42:19 |
| 7 | Comcast Cable Communications, Inc. | 24.13.69.162 | 07.05.2010 | 23:34:00 |
| 8 | Comcast Cable Communications, Inc. | 24.13.69.229 | 07.05.2010 | 22:10:59 |
| 9 | Comcast Cable Communications | 24.15.6.247 | 07.05.2010 | 10:18:19 |
| 10 | Comcast Cable Communications | 24.16.84.185 | 07.05.2010 | 22:12:03 |
| 11 | Comcast Cable Communications, Inc. | 24.7.254.173 | 07.05.2010 | 19:37:47 |
| 12 | Comcast Cable Communications, Inc. | 67.162.54.251 | 07.05.2010 | 08:41:40 |
| 13 | Comcast Cable Communications, Inc. | 67.163.53.33 | 07.05.2010 | 09:37:46 |
| 14 | Comcast Cable Communications, IP Services | 67.167.40.180 | 07.05.2010 | 08:41:41 |
| 15 | Comcast Cable Communications, IP Services | 67.169.207.55 | 07.05.2010 | 08:38:49 |
| 16 | Comcast Cable Communications, IP Services | 67.174.9.66 | 07.05.2010 | 08:21:26 |
| 17 | Comcast Cable Communications, Inc | 67.175.93.26 | 07.05.2010 | 22:52:34 |
| 18 | Comcast Cable Communications, Inc. | 68.39.162.0 | 07.05.2010 | 17:36:55 |
| 19 | Comcast Cable Communications, Inc. | 68.46.41.124 | 07.05.2010 | 21:07:02 |
| 20 | Comcast Cable Communications, Inc. | 68.52.237.16 | 07.05.2010 | 15:16:21 |
| 21 | Comcast Cable Communications, Inc. | 68.61.242.234 | 07.05.2010 | 08:40:42 |
| 22 | Comcast Cable Communications, Inc. | 68.63.116.244 | 07.05.2010 | 08:43:05 |
| 23 | Comcast Cable Communications, Inc. | 68.80.46.59 | 07.05.2010 | 23:42:15 |
| 24 | Comcast Cable Communications, Inc. | 68.83.62.50 | 07.05.2010 | 23:23:37 |
| 25 | Comcast Cable Communications, Inc. | 69.253.217.93 | 07.05.2010 | 11:23:50 |
| 26 | Comcast Cable Communications Holdings, Inc | 71.57.16.224 | 07.05.2010 | 09:51:55 |
| 27 | Comcast Cable Communications, Inc. | 69.243.109.233 | 08.05.2010 | 17:32:46 |
| 28 | Comcast Cable Communications, Inc. | 76.127.146.227 | 08.05.2010 | 03:59:59 |
| 29 | Comcast Cable Communications, Inc. | 98.223.213.149 | 08.05.2010 | 23:55:13 |
| 30 | Comcast Cable Communications, Inc. | 24.13.106.1 | 08.05.2010 | 01:15:02 |
| 31 | Comcast Cable Communications, Inc. | 24.13.137.181 | 08.05.2010 | 16:37:24 |
| 32 | Comcast Cable Communications, Inc. | 24.13.143.228 | 08.05.2010 | 00:20:32 |
| 33 | Comcast Cable Communications | 24.13.55.229 | 08.05.2010 | 07:04:06 |
| 34 | Comcast Cable Communications, Inc. | 24.15.62.202 | 08.05.2010 | 23:30:01 |
| 35 | Comcast Cable Communications Holdings, Inc | 24.34.188.252 | 08.05.2010 | 04:48:06 |
| 36 | Comcast Cable Communications Holdings, Inc | 24.60.170.110 | 08.05.2010 | 05:18:57 |
| 37 | Comcast Cable Communications Holdings, Inc | 24.63.159.36 | 08.05.2010 | 00:24:23 |
| 38 | Comcast Cable Communications | 24.7.203.40 | 08.05.2010 | 02:37:37 |
| 39 | Comcast Cable Communications Holdings, Inc | 24.98.84.233 | 08.05.2010 | 01:15:35 |
| 40 | Comcast Cable Communications, Inc. | 67.163.17.164 | 08.05.2010 | 17:41:10 |
| 41 | Comcast Cable Communications, IP Services | 67.167.231.7 | 08.05.2010 | 01:30:06 |
| 42 | Comcast Cable Communications, IP Services | 67.172.87.173 | 08.05.2010 | 18:35:10 |
| 43 | Comcast Cable Communications, Inc. | 68.36.228.103 | 08.05.2010 | 01:11:19 |
| 44 | Comcast Cable Communications, Inc. | 68.51.111.43 | 08.05.2010 | 23:33:34 |
| 45 | Comcast Cable Communications, Inc. | 71.199.225.87 | 08.05.2010 | 04:47:28 |
| 46 | Comcast Cable Communications, Inc. | 71.225.176.49 | 08.05.2010 | 20:01:31 |
| 47 | Comcast Cable Communications, Inc. | 71.232.48.18 | 08.05.2010 | 00:58:57 |
| 48 | Comcast Cable Communications, Inc. | 71.235.138.97 | 08.05.2010 | 04:16:36 |
| 49 | Comcast Cable Communications Holdings, Inc | 71.57.114.100 | 08.05.2010 | 01:00:34 |
| 50 | Comcast Cable Communications Holdings, Inc | 71.57.9.39 | 08.05.2010 | 20:20:21 |
| 51 | Comcast Cable Communications, Inc. | 76.108.231.71 | 08.05.2010 | 13:06:01 |
| 52 | Comcast Cable Communications, Inc. | 76.111.67.83 | 08.05.2010 | 06:26:13 |
| 53 | Comcast IP Services, L.L.C. | 96.106.189.0 | 08.05.2010 | 12:56:34 |
| 54 | Comcast IP Services, L.L.C. | 96.160.26.0 | 08.05.2010 | 00:41:20 |
| 55 | Comcast IP Services, L.L.C. | 96.174.139.0 | 08.05.2010 | 23:46:04 |
| 56 | Comcast IP Services, L.L.C. | 96.192.115.0 | 08.05.2010 | 09:58:17 |
| 57 | Comcast Cable Communications, LLC | 96.200.180.0 | 08.05.2010 | 10:09:46 |
| 58 | Comcast Cable Communications, LLC | 96.200.254.0 | 08.05.2010 | 07:32:58 |

BaseProtect UG, Ltd.

| Number | Service Provider | IP Address | Date | Time |
|---|---|---|---|---|
| 59 | Comcast Cable Communications, Inc. | 98.206.235.13 | 08.05.2010 | 18:35:30 |
| 60 | Comcast Cable Communications, Inc. | 98.226.178.18 | 08.05.2010 | 03:40:36 |
| 61 | Comcast Cable Communications, LLC | 98.53.139.0 | 08.05.2010 | 20:48:58 |
| 62 | Comcast Cable Communications, Inc. | 24.13.100.180 | 09.05.2010 | 00:18:13 |
| 63 | Comcast Cable Communications, Inc. | 24.13.109.203 | 09.05.2010 | 09:16:45 |
| 64 | Comcast Cable Communications, Inc. | 24.13.138.82 | 09.05.2010 | 17:45:49 |
| 65 | Comcast Cable Communications | 24.13.142.87 | 09.05.2010 | 07:42:16 |
| 66 | Comcast Cable Communications, Inc. | 24.13.216.16 | 09.05.2010 | 01:52:01 |
| 67 | Comcast Cable Communications, Inc. | 24.13.45.80 | 09.05.2010 | 21:27:44 |
| 68 | Comcast Cable Communications, Inc. | 24.13.5.128 | 09.05.2010 | 07:15:24 |
| 69 | Comcast Cable Communications | 24.2.226.237 | 09.05.2010 | 03:04:50 |
| 70 | Comcast Cable Communications, Inc. | 24.2.4.0 | 09.05.2010 | 00:50:32 |
| 71 | Comcast Cable Communications, IP Services | 67.165.161.48 | 09.05.2010 | 06:27:30 |
| 72 | Comcast Cable Communications, IP Services | 67.167.9.199 | 09.05.2010 | 20:04:56 |
| 73 | Comcast Cable Communications, Inc. | 68.51.99.47 | 09.05.2010 | 03:03:18 |
| 74 | Comcast Cable Communications, Inc. | 69.142.119.30 | 09.05.2010 | 07:54:01 |
| 75 | Comcast Cable Communications, Inc. | 69.244.64.147 | 09.05.2010 | 07:22:07 |
| 76 | Comcast Cable Communications, Inc. | 71.207.25.122 | 09.05.2010 | 01:10:36 |
| 77 | Comcast Cable Communications, Inc. | 71.225.7.221 | 09.05.2010 | 23:16:12 |
| 78 | Comcast Cable Communications, Inc. | 71.233.189.17 | 09.05.2010 | 21:10:04 |
| 79 | Comcast Cable Communications, Inc. | 76.103.68.0 | 09.05.2010 | 18:21:54 |
| 80 | Comcast IP Services, L.L.C. | 96.185.208.0 | 09.05.2010 | 21:41:26 |
| 81 | Comcast Cable Communications, Inc. | 98.203.26.153 | 09.05.2010 | 05:16:44 |
| 82 | Comcast Cable Communications, Inc. | 98.215.68.167 | 09.05.2010 | 17:46:05 |
| 83 | Comcast Cable Communications, Inc. | 98.226.31.2 | 09.05.2010 | 03:46:13 |
| 84 | Comcast Cable Communications, Inc. | 69.141.140.207 | 10.05.2010 | 06:41:25 |
| 85 | Comcast Cable Communications, LLC | 174.171.153.0 | 10.05.2010 | 14:11:12 |
| 86 | Comcast Cable Communications | 24.11.15.0 | 10.05.2010 | 15:38:25 |
| 87 | Comcast Cable Communications, Inc. | 24.13.135.134 | 10.05.2010 | 23:22:43 |
| 88 | omcast Cable Communications, Inc. | 24.13.220.2 | 10.05.2010 | 15:30:28 |
| 89 | Comcast Cable Communications (C00717037) | 24.13.52.30 | 10.05.2010 | 02:34:50 |
| 90 | Comcast Cable Communications (C00717037) | 24.14.42.69 | 10.05.2010 | 06:23:56 |
| 91 | Comcast Cable Communications (C00681395) | 24.2.238.99 | 10.05.2010 | 04:05:57 |
| 92 | Comcast Cable Communications (C00681395) | 24.2.244.78 | 10.05.2010 | 01:47:44 |
| 93 | Comcast Cable Communications (C00703333) | 24.9.16.0 | 10.05.2010 | 21:28:55 |
| 94 | Comcast Cable Communications Holdings, Inc (C02610698) | 24.98.164.189 | 10.05.2010 | 13:46:54 |
| 95 | Comcast Cable Communications, Inc. (C00500660) | 67.162.87.25 | 10.05.2010 | 06:25:05 |
| 96 | Comcast Cable Communications, Inc. (C00494875) | 68.37.6.0 | 10.05.2010 | 13:13:20 |
| 97 | Comcast Cable Communications Holdings, Inc (C02610779) | 75.73.119.43 | 10.05.2010 | 10:39:36 |
| 98 | Comcast Cable Communications, Inc. (C01644758) | 76.112.8.0 | 10.05.2010 | 22:37:16 |
| 99 | Comcast Cable Communications, LLC (C01643846) | 76.138.24.0 | 10.05.2010 | 14:36:37 |
| 100 | Comcast Cable Communications, Inc. (CMCS) | 76.16.48.252 | 10.05.2010 | 00:11:43 |
| 101 | Comcast Cable Communications, Inc. (CMCS) | 76.17.109.0 | 10.05.2010 | 16:08:25 |
| 102 | Comcast Cable Communications, Inc. (C01622323) | 76.26.138.0 | 10.05.2010 | 13:18:58 |
| 103 | Comcast Cable Communications, Inc. (C01616564) | 76.96.78.0 | 10.05.2010 | 15:48:52 |
| 104 | Comcast IP Services, L.L.C. (CISL-5) | 96.112.144.0 | 10.05.2010 | 10:14:56 |
| 105 | Comcast IP Services, L.L.C. (C02632037) | 96.115.114.0 | 10.05.2010 | 18:58:41 |
| 106 | Comcast IP Services, L.L.C. (CISL-5) | 96.119.174.0 | 10.05.2010 | 19:53:32 |
| 107 | Comcast Cable Communications, Inc. (C01824758) | 98.209.12.2 | 10.05.2010 | 03:41:31 |
| 108 | Comcast Cable Communications, Inc. (C01860262) | 98.212.29.46 | 10.05.2010 | 10:37:10 |
| 109 | Comcast Cable Communications, Inc. (CMCS) | 98.220.227.42 | 10.05.2010 | 19:09:48 |
| 110 | Comcast Cable Communications, Inc. (C01942713) | 98.234.179.59 | 10.05.2010 | 06:24:54 |
| 111 | Comcast Cable Communications, Inc. (C02253897) | 98.252.194.0 | 10.05.2010 | 07:12:46 |
| 112 | Comcast Cable Communications, LLC (C01828806) | 98.55.94.0 | 10.05.2010 | 16:06:52 |

BaseProtect UG, Ltd.

| Number | Service Provider | IP Address | Date | Time |
|--------|-----------------|-----------|------|------|
| 113 | Comcast Cable Communications (C00717037) | 24.12.105.223 | 11.05.2010 | 02:23:58 |
| 114 | Comcast Cable Communications (C00717037) | 24.13.136.145 | 11.05.2010 | 07:13:42 |
| 115 | Comcast Cable Communications (C00717037) | 24.15.248.232 | 11.05.2010 | 09:20:41 |
| 116 | Comcast Cable Communications (C00703335) | 24.5.8.157 | 11.05.2010 | 04:05:49 |
| 117 | Comcast Cable Communications, Inc. (C00500644) | 67.163.82.14 | 11.05.2010 | 06:32:45 |
| 118 | Comcast Cable Communications, Inc. (C00500644) | 67.163.87.86 | 11.05.2010 | 01:09:10 |
| 119 | Comcast Cable Communications, IP Services (C00681399) | 67.173.48.196 | 11.05.2010 | 03:31:30 |
| 120 | Comcast Cable Communications, Inc. (C01136191) | 67.191.161.0 | 11.05.2010 | 12:48:13 |
| 121 | Comcast Cable Communications, Inc(C01612708) | 68.63.108.0 | 11.05.2010 | 09:10:33 |
| 122 | Comcast Cable Communications (C01605113) | 71.239.58.152 | 11.05.2010 | 06:05:48 |
| 123 | Comcast IP Services, L.L.C. (C01623910) | 73.233.164.0 | 11.05.2010 | 21:30:53 |
| 124 | Comcast Cable Communications Holdings,Inc(C02610778) | 75.72.104.231 | 11.05.2010 | 04:14:47 |
| 125 | Comcast Cable Communications, LLC (C01948828) | 76.131.65.0 | 11.05.2010 | 14:23:25 |
| 126 | Comcast Cable Communications, Inc. (C01491897) | 76.22.5.0 | 11.05.2010 | 14:18:47 |
| 127 | Comcast IP Services, L.L.C. (C01849731) | 96.145.207.0 | 11.05.2010 | 08:28:41 |
| 128 | Comcast Cable Communications, LLC (C01901891) | 96.198.29.0 | 11.05.2010 | 02:42:52 |
| 129 | Comcast Cable Communications, LLC (C01903782) | 96.200.95.0 | 11.05.2010 | 08:30:44 |
| 130 | Comcast IP Services, L.L.C. (C01918500) | 96.65.18.0 | 11.05.2010 | 00:02:16 |
| 131 | Comcast IP Services, L.L.C. (C02223804) | 96.78.166.0 | 11.05.2010 | 00:40:11 |
| 132 | Comcast Cable Communications, Inc. (C01860262) | 98.213.167.0 | 11.05.2010 | 05:23:32 |
| 133 | Comcast Cable Communications, Inc. (C02209068) | 98.251.104.0 | 11.05.2010 | 00:02:33 |
| 134 | Comcast Cable Communications, LLC (C01751002) | 98.51.177.0 | 11.05.2010 | 10:43:23 |
| 135 | Comcast Cable Communications, Inc (C00762083) | 69.139.152.127 | 12.05.2010 | 04:58:13 |
| 136 | Comcast Cable Communications, Inc. (C01618415) | 76.104.166.106 | 12.05.2010 | 05:05:49 |
| 137 | Comcast Cable Communications, LLC (C01952698) | 174.162.103.0 | 12.05.2010 | 02:20:18 |
| 138 | Comcast Cable Communications, LLC (CCCS) | 174.164.164.0 | 12.05.2010 | 09:51:47 |
| 139 | Comcast Cable Communications, Inc. (C02125572) | 174.48.11.0 | 12.05.2010 | 08:55:07 |
| 140 | Comcast Cable Communications, Inc. (C02335817) | 174.59.131.0 | 12.05.2010 | 09:40:47 |
| 141 | Comcast Cable Communications (C00717037) | 24.13.139.107 | 12.05.2010 | 04:17:43 |
| 142 | Comcast Cable Communications Holdings, Inc (C02610736) | 24.131.198.0 | 12.05.2010 | 03:27:19 |
| 143 | Comcast Cable Communications (C00717037) | 24.14.160.247 | 12.05.2010 | 00:44:07 |
| 144 | Comcast Cable Communications, Inc. (C01931966) | 24.23.91.0 | 12.05.2010 | 09:39:53 |
| 145 | Comcast Cable Communications, Inc. (C00491989) | 68.46.11.74 | 12.05.2010 | 22:49:10 |
| 146 | Comcast Cable Communications, Inc. (C00492001) | 68.56.34.0 | 12.05.2010 | 00:46:50 |
| 147 | Comcast Cable Communications, Inc. (C01220392) | 68.60.147.18 | 12.05.2010 | 15:48:12 |
| 148 | Comcast Cable Communications, IP Services (C01275226) | 71.201.65.156 | 12.05.2010 | 09:52:03 |
| 149 | Comcast Cable Communications, IP Services (C01338695) | 71.205.96.53 | 12.05.2010 | 00:33:10 |
| 150 | Comcast Cable Communications Holdings, Inc (C02607884) | 71.57.45.43 | 12.05.2010 | 04:19:43 |
| 151 | Comcast Cable Communications Holdings, Inc (C02607884) | 71.57.5.181 | 12.05.2010 | 01:05:01 |
| 152 | Comcast Cable Communications, Inc. (C01650300) | 76.116.198.70 | 12.05.2010 | 20:21:40 |
| 153 | Comcast Cable Communications, Inc. (C01491897) | 76.22.58.157 | 12.05.2010 | 07:22:42 |
| 154 | Comcast IP Services, L.L.C. (C01651884) | 96.161.226.0 | 12.05.2010 | 09:36:14 |
| 155 | Comcast IP Services, L.L.C. (C01655273) | 96.163.33.0 | 12.05.2010 | 18:02:42 |
| 156 | Comcast IP Services, L.L.C. (C02072821) | 96.182.238.0 | 12.05.2010 | 15:50:05 |
| 157 | Comcast IP Services, L.L.C. (C02343596) | 96.86.19.0 | 12.05.2010 | 01:00:08 |
| 158 | Comcast Cable Communications, Inc. (C01842358) | 98.217.191.0 | 12.05.2010 | 16:36:08 |

BaseProtect UG, Ltd.

| Number | Service Provider | IP Address | Date | Time |
|---|---|---|---|---|
| 159 | Comcast Cable Communications, Inc. (C02208932) | 98.250.48.0 | 12.05.2010 | 14:01:50 |
| 160 | Comcast Cable Communications, Inc. (C02303996) | 98.254.62.90 | 12.05.2010 | 17:39:55 |
| 161 | Comcast Cable Communications, LLC (C01709147) | 98.37.45.0 | 12.05.2010 | 10:30:56 |
| 162 | Comcast Cable Communications, LLC (C01767107) | 98.52.1.0 | 12.05.2010 | 23:03:20 |
| 163 | Comcast Cable Communications, LLC (C01845462) | 98.57.255.0 | 12.05.2010 | 01:59:10 |
| 164 | Comcast Cable Communications, Inc. (C01918499) | 98.243.196.243 | 13.05.2010 | 15:05:17 |
| 165 | Comcast Cable Communications, LLC (C02357028) | 174.176.249.0 | 13.05.2010 | 02:18:46 |
| 166 | Comcast Cable Communications (C00717037) | 24.13.171.204 | 13.05.2010 | 04:02:03 |
| 167 | Comcast Cable Communications (C00717037) | 24.14.47.12 | 13.05.2010 | 07:04:05 |
| 168 | Comcast Cable Communications (C00717037) | 24.14.47.14 | 13.05.2010 | 05:59:27 |
| 169 | Comcast Cable Communications Holdings, Inc (C02610739) | 24.218.113.8 | 13.05.2010 | 07:39:43 |
| 170 | Comcast Cable Communications Holdings, Inc (C02610698) | 24.98.206.0 | 13.05.2010 | 10:57:10 |
| 171 | Comcast Cable Communications, Inc. (C01220387) | 68.61.93.250 | 13.05.2010 | 03:51:28 |
| 172 | Comcast Cable Communications, Inc. (C00491992) | 68.80.75.247 | 13.05.2010 | 01:03:42 |
| 173 | Comcast Cable Communications, Inc. (C01336543) | 69.141.44.16 | 13.05.2010 | 13:40:05 |
| 174 | Comcast Cable Communications (C01605113) | 71.239.21.37 | 13.05.2010 | 20:41:59 |
| 175 | Comcast Cable Communications, Inc. (C01129185) | 73.191.164.0 | 13.05.2010 | 08:40:17 |
| 176 | Comcast Cable Communications, Inc. (C01650401) | 76.119.35.0 | 13.05.2010 | 12:58:21 |
| 177 | Comcast Cable Communications, Inc. (C01743129) | 76.124.58.151 | 13.05.2010 | 03:53:40 |
| 178 | Comcast IP Services, L.L.C. (C01849731) | 96.145.60.0 | 13.05.2010 | 15:05:23 |
| 179 | Comcast Cable Communications, Inc. (C01663448) | 98.199.9.0 | 13.05.2010 | 19:04:38 |
| 180 | Comcast Cable Communications, Inc. (C02118987) | 98.238.198.0 | 13.05.2010 | 23:48:46 |
| 181 | Comcast Cable Communications, Inc. (C02072824) | 98.247.39.0 | 13.05.2010 | 23:04:31 |
| 182 | Comcast Cable Communications, LLC (C01705596) | 98.40.8.0 | 13.05.2010 | 10:01:45 |
| 183 | Comcast Cable Communications, LLC (C01845462) | 98.57.177.0 | 13.05.2010 | 06:03:39 |
| 184 | Comcast Cable Communications, LLC (C02005287) | 174.165.133.0 | 14.05.2010 | 18:27:57 |
| 185 | Comcast Cable Communications (C00717037) | 24.13.137.99 | 14.05.2010 | 05:31:54 |
| 186 | Comcast Cable Communications, Inc. (C00491517) | 68.32.32.4 | 14.05.2010 | 23:06:25 |
| 187 | Comcast Cable Communications, Inc. (C01220392) | 68.60.185.0 | 14.05.2010 | 12:14:33 |
| 188 | Comcast Cable Communications, Inc. (C01543875) | 68.60.240.199 | 14.05.2010 | 05:14:39 |
| 189 | Comcast Cable Communications, IP Services (C01275226) | 71.201.157.26 | 14.05.2010 | 05:02:03 |
| 190 | Comcast Cable Communications Holdings, Inc (C02607885) | 71.57.174.172 | 14.05.2010 | 07:17:34 |
| 191 | Comcast Cable Communications, LLC (C01479050) | 76.132.227.0 | 14.05.2010 | 12:31:59 |
| 192 | Comcast IP Services, L.L.C. (CISL-5) | 96.107.231.0 | 14.05.2010 | 09:22:47 |
| 193 | Comcast IP Services, L.L.C. (CISL-5) | 96.108.60.0 | 14.05.2010 | 00:38:24 |
| 194 | Comcast Cable Communications, Inc. (C01943923) | 98.229.199.0 | 14.05.2010 | 22:25:01 |
| 195 | Comcast Cable Communications, LLC (C02628246) | 174.188.159.0 | 15.05.2010 | 22:29:48 |
| 196 | Comcast Cable Communications, Inc. (C02341832) | 174.56.208.0 | 15.05.2010 | 23:54:46 |
| 197 | Comcast Cable Communications (C00717037) | 24.13.139.89 | 15.05.2010 | 04:46:51 |
| 198 | Comcast Cable Communications (C00717037) | 24.13.216.107 | 15.05.2010 | 06:28:11 |
| 199 | Comcast Cable Communications (C00717037) | 24.14.43.25 | 15.05.2010 | 03:24:03 |
| 200 | Comcast Cable Communications (C00681395) | 24.2.233.32 | 15.05.2010 | 22:11:42 |
| 201 | Comcast Cable Communications Holdings, Inc (C02610695) | 24.62.161.89 | 15.05.2010 | 14:45:22 |
| 202 | Comcast Cable Communications (C00703333) | 24.9.146.0 | 15.05.2010 | 22:14:46 |

BaseProtect UG, Ltd.

| Number | Service Provider | IP Address | Date | Time |
|---|---|---|---|---|
| 203 | Comcast Cable Communications, Inc. (C00500660) | 67.162.55.88 | 15.05.2010 | 02:37:39 |
| 204 | Comcast Cable Communications, Inc. (C01336543) | 69.141.137.27 | 15.05.2010 | 22:03:20 |
| 205 | Comcast Cable Communications Holdings, Inc (C02607884) | 71.57.44.209 | 15.05.2010 | 03:08:23 |
| 206 | Comcast Cable Communications Holdings, Inc (C02607884) | 71.57.59.34 | 15.05.2010 | 00:24:27 |
| 207 | Comcast IP Services, L.L.C. (C01335516) | 73.11.165.0 | 15.05.2010 | 22:12:45 |
| 208 | Comcast Cable Communications, Inc. (C01618408) | 76.99.254.0 | 15.05.2010 | 22:17:49 |
| 209 | Comcast IP Services, L.L.C. (C01651884) | 96.161.34.0 | 15.05.2010 | 20:52:47 |
| 210 | Comcast IP Services, L.L.C. (C01943924) | 96.67.7.0 | 15.05.2010 | 22:41:01 |
| 211 | Comcast Cable Communications, LLC (C01678645) | 98.36.76.0 | 15.05.2010 | 02:39:19 |
| 212 | Comcast Cable Communications, LLC (C01845462) | 98.57.22.0 | 15.05.2010 | 04:39:15 |
| 213 | Comcast Cable Communications, Inc (C00934629) | 67.176.232.188 | 16.05.2010 | 02:04:04 |
| 214 | Comcast Cable Communications, LLC (C02389697) | 174.180.52.0 | 16.05.2010 | 01:12:20 |
| 215 | Comcast Cable Communications, Inc. (CMCS) | 24.1.115.186 | 16.05.2010 | 02:43:15 |
| 216 | Comcast Cable Communications (C00717037) | 24.13.107.57 | 16.05.2010 | 21:00:59 |
| 217 | Comcast Cable Communications (C00717037) | 24.15.252.237 | 16.05.2010 | 03:30:43 |
| 218 | Comcast Cable Communications, IP Services (C00628463) | 67.169.161.0 | 16.05.2010 | 14:20:04 |
| 219 | Comcast Cable Communications, Inc. (C01173936) | 71.194.45.20 | 16.05.2010 | 05:37:40 |
| 220 | Comcast Cable Communications, LLC (C01415862) | 74.144.207.0 | 16.05.2010 | 03:56:03 |
| 221 | Comcast Cable Communications, LLC (C01612815) | 76.145.115.0 | 16.05.2010 | 12:19:57 |
| 222 | Comcast Cable Communications, LLC (C01849863) | 98.59.6.0 | 16.05.2010 | 17:52:24 |
| 223 | Comcast Cable Communications, IP Services (C00612398) | 67.167.254.131 | 17.05.2010 | 04:02:04 |
| 224 | Comcast Cable Communications (C00703340) | 24.10.115.0 | 17.05.2010 | 19:03:17 |
| 225 | Comcast Cable Communications (C00717037) | 24.13.245.240 | 17.05.2010 | 10:13:30 |
| 226 | Comcast Cable Communications (C00717037) | 24.13.64.151 | 17.05.2010 | 18:21:49 |
| 227 | Comcast Cable Communications (C00717037) | 24.14.89.109 | 17.05.2010 | 21:29:02 |
| 228 | Comcast Cable Communications (C00743375) | 24.20.133.0 | 17.05.2010 | 16:31:10 |
| 229 | Comcast Cable Communications Holdings, Inc (C02610693) | 24.34.162.0 | 17.05.2010 | 18:27:34 |
| 230 | Comcast Cable Communications (C00703333) | 24.9.230.0 | 17.05.2010 | 21:49:18 |
| 231 | Comcast Cable Communications, Inc. (C00500644) | 67.163.83.208 | 17.05.2010 | 16:07:16 |
| 232 | Comcast Cable Communications, IP Services (C00661750) | 67.165.174.11 | 17.05.2010 | 18:45:32 |
| 233 | Comcast Cable Communications, Inc. (C01480028) | 67.167.161.0 | 17.05.2010 | 10:14:36 |
| 234 | Comcast Cable Communications Holdings, Inc (C02607884) | 71.57.115.129 | 17.05.2010 | 00:32:40 |
| 235 | Comcast IP Services, L.L.C. (C01914929) | 96.153.250.0 | 17.05.2010 | 21:59:36 |
| 236 | Comcast Cable Communications, Inc. (C01666253) | 96.164.147.0 | 17.05.2010 | 21:58:09 |
| 237 | Comcast IP Services, L.L.C. (C01737734) | 96.175.206.0 | 17.05.2010 | 20:19:08 |
| 238 | Comcast IP Services, L.L.C. (C02072821) | 96.182.151.0 | 17.05.2010 | 20:06:12 |
| 239 | Comcast Cable Communications, LLC (C01888906) | 96.193.251.0 | 17.05.2010 | 09:10:40 |
| 240 | Comcast Cable Communications, LLC (C02219554) | 96.217.89.0 | 17.05.2010 | 16:14:33 |
| 241 | Comcast Cable Communications, Inc. (C01941713) | 98.245.103.0 | 17.05.2010 | 09:02:59 |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-709-851

**Effective date of
registration:**

December 3, 2010

## Title

**Title of Work:** CIACHO

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 10, 2010     **Nation of 1st Publication:** Poland

## Author

■     **Author:** Patrick Vega

**Author Created:** entire motion picture

**Work made for hire:** No

**Citizen of:** Poland     **Domiciled in:** Poland

## Copyright claimant

**Copyright Claimant:** Peter Bechthold

Friedrich-Engels-STR, Kaiserslautern, 67655, Germany

**Transfer Statement:** By written agreement

## Certification

**Name:** Peter Bechthold

**Date:** November 29, 2010

EXHIBIT C

# License Agreement (Motion picture)

Between

**BASEPROTECT UG**
Director -Peter Bechthold
Friedrich-Engels-Str.5
67655 Kaiserslautern
Germany


- BASEPROTECT -


And


**MAGIC HOUR** Spółka z o.o.
Magdalena Zielska - CEO and
Patryk Vega - Vice CEO
ul. Racławicka 127/12
02-117 Warsaw
POLAND
KRS 0000150284
NIP 526-26-78-243


- LICENSOR-.



### 1. Terms of Contract


LICENSOR produces motion picture and owns and controls all rights, title and interest in the motion picture (incl. sounds, pictures, and any trademarks on further content) as described and specified in the enclosed **Amendment 1** to this agreement here (hereinafter referred to as motion picture). Baseprotect is engaged in the prevention of online exploitation of different rights and / or products and also obtains from producers of motion picture exclusive rights in order to enable Baseprotect in its own name and on its own account to prevent the illegal exploitation of these rights in Filesharing Networks.


Herewith, LICENSOR appoints Baseprotect according to the following provisions. The parties agree that **for LICENSOR** this appointment shall **not produce any costs.**


### 2. Transfer of Rights / Warranties / Third party claims


LICENSOR, herewith, transfers to Baseprotect for the entire duration of this agreement the worldwide and exclusive right in motion picture listed in attachments to this Agreement with respect to filesharing in P2P networks, e.g. limited to networks where

participants are user and supplier at the same time and where a participant makes publicly available content which is stored on his personal computer directly to other participants without inclusion of a centralized server. This transfer of right shall apply to filesharing networks such as bittorent, eDonkey, eMule, Bearshare, Gnutella, Gnutella2, Kazaa, Limewire, Fast Track, Soulseek, GNUnet or Kademlia.

LICENSOR guarantees that he actually owns and controls all rights transferred to Baseprotect here and as a consequence and in case that Baseprotect will be held responsible for any third party claims will hold Baseprotect fully harmless of all such claims. If required and requested by Baseprotect, LICENSOR will at all times immediately support Baseprotect to enable Baseprotect to fully comply with the abovementioned appointment as the case may be to and will therefore especially provide Baseprotect with all documents and / or other proofs to substantiate LICENSORS chains of title.

### 3. Prosecution of Rights

LICENSOR is aware of the fact, that Baseprotect is detecting and prosecuting illegal offers of the motion picture in said networks and that Baseprotect will take different legal steps to pursue such offers by all means (civil and / or criminal prosecution). For the avoidance of any doubt, LICENSOR herewith confirms that if illegal usage of the motion picture is detected, Baseprotect is fully entitled in its own name and on its own account to take all legal steps to prepare or initiate criminal proceedings and / or to assert all claims such as e.g. to stop any further exploitation, for information, compensation, reimbursement of expenses and all other claims provided in the applicable laws, rules and regulations. Baseprotect is also fully entitled without LICENSORS consent to conclude all kinds of agreements (in or out of court) that may be necessary to settle any prosecution or pursuance. Baseprotect has the sole power to decide whether and how illegal offers will be prosecuted. Baseprotect bears all costs borne by Baseprotects prosecution.

### 4. Reimbursement

In return for the rights granted here, LICENSOR will receive a share of 14 % of all net receipts, collected through Baseprotect. Net receipts are defined as all third party payments due to the prevention of exploitation and prosecution of the rights granted here (not including value-added tax).

Baseprotect shall provide LICENSOR with written statements comprising all net receipts actually received within the relevant period on a quarter-annually basis on 31 march, 30 june, 30 september and 31 december. Payments to LICENSOR will be made within two further weeks. If not objected by LICENSOR within twelve (12) month as of the end of the initial quarter, this statement shall automatically be considered as accepted.

Once a year, LICENSOR has the right – at its own expenses – to have Baseprotects books examined by a neutral and independent certified public accountant. Any incorrectness will lead to additional payments by Baseprotect. Both parties of this contract agree that the result of such control will be kept secret. In case that an examination results in a difference to LICENSORS disadvantage of more than 5 (five percent), Baseprotect will compensate LICENSOR for all costs, that are reasonable and usually paid for comparable examinations.

### 5. Term



The parties herewith agree to a term of one (1) year as of the date of signature of this agreement here. This term shall extend on a one year basis if not terminated before the initial contract year comes to an end. Regardless of that but always provided that this will not be possible before the end of six (6) month, both parties shall always have the right to terminate this agreement with a three (3) months' notice. Each termination shall always be in writing.

In case that further motion picture is comprised by this agreement, any deadline, period or term shall always calculated on the date the additional motion picture was added.

Both parties' rights to terminate this agreement for serious course remain hereby untouched.

As any motion picture subject of this agreement here independent of any termination of this agreement, Baseprotect will still have the right to continue all prosecutions either out of or in front of a court and finalize all such measures in good faith. Clause 4 of this agreement shall be applicable.


## 6. Miscellaneous


LICENSOR will provide Baseprotect with sample copies of the MOTION PICTURE in a way it is usually sold to customers or retail markets. In case, that Baseprotect in order to prosecute or peruse the rights transferred in this agreement here will need more of such samples or requires other technical configurations, LICENSOR on its own costs will provide Baseprotect with such additional pieces. Baseprotect can use the samples only to detect illegal usage. Samples cannot be used to provoke to commit a crime/illegal use.

No modification, amendment, waiver, termination or discharge of this agreement or of any term thereof shall binding except by an instrument in writing signed by both parties. This shall also apply to the cancellation of this requirement.

The invalidity of one part or parts of this agreement shall not affect the validity of the entire agreement and the parties hereto agree that they will in good faith substitute such invalid part or party by similar valid clauses.

It is agreed that as to the contractual relations between Baseprotect and LICENSOR the laws of Republic of Poland shall be applicable. In case of disputes, the competent court for defendant shall have jurisdiction

Prezes Zarządu

Magdalena Zielska

Warsaw 23.03.2010_____

LICENSOR CEO- Mrs. Magdalena Zielska

WICEPREZES ZARZĄDU

Patryk Vega

_____

VICE CEO Mr. Patryk Vega


_____

Baseprotect  Director Peter Bechthold

**Amendment 1**

## Motion picture

| Title | Release Date | Territory | Price |
|-------|--------------|-----------|-------|
| Ciacho | 06.05.2010 | World | 50zł |

Prezes Zarządu

Warsaw 23.03.2010_____ _Magdalena Zielska_____

LICENSOR CEO- Mrs. Magdalena Zielska

WICEPREZES ZARZĄDU

_Patryk Vega_

VICE CEO Mr. Patryk Vega

_____

Baseprotect Director Peter Bechthold

# Affidavit

In lieu of an oath and being informed that under the German Criminal Code it is considered a criminal offense to make a false affidavit,

I,

Magdalena Zielska - CEO and Patryk Vega - Vice CEO of the company **MAGIC HOUR** Spółka z o.o., ul. Racławicka 127/12, 02-117 Warsaw, POLAND, KRS 0000150284, NIP 526-26-78-243

herewith declare as follows:

The Company exclusively owns and controls rights in the motion picture as mentioned hereunder. Company's ownership not only includes all rights in the motion picture recordings but also all other rights and claims that may exist also under other legal provisions than the copyright act and also including all rights of the performing artists.

### Recordings/Compositions (motion / picture)

| Title | Release Date | Territory | Price |
|-------|-------------|-----------|-------|
| Ciacho | 06.05.2010 | World | 50zł |

Prezes Zarządu

*Magdalena Zielska*

Warsaw 23.03.2010 _____
LICENSOR CEO- Mrs. Magdalena Zielska

WICEPREZES ZARZĄDU

*Patryk Vega*

_____
VICE CEO Mr. Patryk Vega